**FILED**

05/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0477

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TAMMY JANE SMITH,

     Defendant and Appellant.

ORDER

_____

     Upon consideration of Appellant's motion for an extension of time to file the reply brief, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 14, 2021, within which to file the reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 17 2021